THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Israel Wilds,       
Appellant.
 
 
 

 
 
 Appeal From 
 Richland County
 Marc H. 
 Westbrook, Circuit Court Judge
 
 Unpublished 
 Opinion No. 03-UP-152
 Submitted 
 January 13, 2003  Filed February 20, 2003   
 
 AFFIRMED
 

 
 
 
 
 Deputy Chief Attorney Joseph L. Savitz, 
 III, of Columbia, for appellant. 

 
 Attorney General Henry Dargan McMaster, 
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney 
 General Donald J. Zelenka, of Columbia; Warren Blair Giese, of Columbia; for 
 respondent.   

 
 
 

 
 PER CURIAM:  Israel Wilds appeals his convictions for murder and armed 
 robbery, arguing the trial court erred in limiting cross-examination of two 
 of the State=s witnesses.  

 
 We affirm pursuant to Rule 220(b)(2), SCACR, and the following authorities:  
 State v. Sims, 348 S.C. 16, 26 n.2, 558 S.E.2d 518, 524 n.2 (2002) 
 (AOn appeal, appellant also argues the trial court=s ruling violated the Sixth 
 Amendment of the Constitution; however, this issue is not preserved for review 
 because it was not raised at trial.@); State v. Prioleau, 345 S.C. 
 404, 411, 548 S.E.2d 213, 216 (2001) (AIn order to preserve for review an 
 alleged error in admitting evidence an objection should be sufficiently specific 
 to bring into focus the precise nature of the alleged error so it can be reasonably 
 understood by the trial judge.@); State v. Hoffman, 312 S.C. 386, 393, 
 440 S.E.2d 869, 873 (1994) (AThe issue which is not properly preserved cannot 
 be raised for the first time on appeal.@).  
 AFFIRMED.  
 GOOLSBY, HUFF, and SHULER, JJ., concur.